# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| SHELBY MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>ELLIOTT OIL COMPANY,<br><br>  Defendant. | CASE NO.: _____<br><br>Removed from the Iowa District Court in and for Clarke County, No. LACV012796<br><br><br>**NOTICE OF REMOVAL** |

COMES NOW, Defendant Elliott Oil Company, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and Federal Rule of Civil Procedure 81, and give Notice of Removal of Case No. LACV012796 from the Iowa District Court for Clarke County to this Court.  In support of this action, Defendant states the following:

1. On September 21, 2020, Plaintiff filed an action entitled *Shelby Miller v. Elliott Oil Company,* Case No. LACV012796, in the Iowa District Court in and for Clarke County.  Plaintiff's cause of action included a single cause of action entitled: "**COUNT I: VIOLATION OF THE FAMILIES FIRST CORONAVIRUS RELIEF ACT, THE EMERGENCY PAID SICK LEAVE ACT, AND THE FAIR LABOR STANDARDS ACT**".  Plaintiff's claim asserts rights pursuant to 29 U.S.C. §206 et seq.

2. Counsel for Plaintiff is:

Nathan Borland
Timmer & Judkins, P.L.L.C.
1415 28th Street, Suite 375
West Des Moines, IA  50266
nate@timmerjudkins.com

3. Plaintiff served her Original Notice & Petition upon Elliott Oil Company, on September 24, 2020. Defendant's receipt of service of Plaintiff's Original Notice & Petition serves as the first time they were presented the federal question included within Plaintiff's Petition based upon Plaintiff's assertion of the Emergency Paid Sick Leave Act, Pub. L. No. 116-127, § 5110(2), et seq., and Fair Labor Standards Act, 29 U.S.C. §206 et seq. The service of Plaintiff's Original Notice & Petition upon the Defendant occurred within 30 days of this Notice of Removal.

4. The parties have conducted no discovery.

5. The case is within this Court's jurisdiction under 28 U.S.C. § 1331 because Plaintiff's Petition presents a federal question—i.e., arising under the laws of the United States. Specifically, Count I of Plaintiff's Petition alleges a violation of the Emergency Paid Sick Leave Act, Pub. L. No. 116-127, § 5110(2), et seq., and Fair Labor Standards Act, 29 U.S.C. §206 et seq.

6. This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed within 30 days of the service of the Plaintiff's Petition upon the Defendant.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

8. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a), copies of all process, pleadings, and orders filed in the state case are attached to the Local Rule 81(a) List on Removal, which is filed contemporaneously herewith.

WHEREFORE, Defendant Elliott Oil Company notifies this Court, the state court, and the parties of the removal of this lawsuit to the United States District Court for the Southern District of Iowa, Central Division.

Respectfully submitted this 14th day of October, 2020.

                    */s/ Andrew T. Tice*
                    Andrew Tice  (AT0007968)
                    AHLERS & COONEY, P.C.
                    100 Court Avenue, Suite 600
                    Des Moines, Iowa  50309
                    Telephone:  (515) 243-7611
                    Facsimile:  (515) 243-2149
                    atice@ahlerslaw.com
                    ATTORNEYS FOR DEFENDANT

**Electronically filed and served:**

Nathan Borland
Timmer & Judkins, P.L.L.C.
1415 28th Street, Suite 375
West Des Moines, IA  50266
nate@timmerjudkins.com
ATTORNEYS FOR PLAINTIFF

| CERTIFICATE OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on:    October 14, 2020 |
| By: ☐ U.S. Mail     ☐ Fax |
| ☐ Hand delivery     ☐ Private Carrier |
| ☒ Electronically (*via CM/ECF*)     ☐ E-mail |
| Signature:    */s/ Pam Norelius* |

01778906-1\17225-269